

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PATRICK WHEELER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVE SMITH CHEVROLET OLDSMOBILE PONTIAC CADILLAC, INC., et al,<br><br>    Defendants. | Case No. CV03-553-N-EJL<br><br>ORDER |

    Pending before the Court in the above entitled matter is Defendants Dave Smith Motors, Derek Dahl, and Jane Doe Dahl motion to dismiss Plaintiff's claim and remove counterclaim to state court. The Plaintiff Patrick Wheeler has filed a motion to reconsider and deny the motion, which the Court will treat as the Plaintiff's response to the motion. The time for filing any reply has expired and the matter is now ripe for the Court's consideration.

    Having fully reviewed the record herein, the Court finds that the facts and legal arguments are adequately presented in the briefs and record. Accordingly, in the interest of avoiding further delay, and because the court conclusively finds that the decisional process would not be significantly aided by oral argument, this motion shall be decided on the record before this Court without oral argument. Local Rule 7.1.

ORDER - Page 1
04ORDERS\Wheeler_tran.WPD

### Discussion

The motion to dismiss Plaintiff's complain asserts the Plaintiff failed to comply with this Court's order granting attorney withdraw and requiring Plaintiff to notify the court regarding his representation within twenty days of being served with a copy of the order. (Docket No. 13). The certificate of service indicates Plaintiff was provided the order on July 22, 2004. (Docket No. 14). On August 16, 2004, twenty-five days after receiving the order, the Plaintiff filed a notice of pro se representation. (Docket No. 15). Because the notice was filed outside the twenty-days Defendants assert dismissal is appropriate. While the Court recognizes that Plaintiff's notice was filed outside the twenty-days, in the interests of justice the Court will deny the motion to dismiss. Particularly in light of the fact that Plaintiff is now proceeding pro se.

The Defendants' motion also asks that the claims be transferred to state court. The complaint in this action originally alleged violations of 42 U.S.C. § 1983. The parties against whom the federal claims were brought have been voluntarily dismissed by the Plaintiff. (Docket No. 4). Thus, the only remaining claims are Plaintiff's civil claims against the private actors and Defendants counterclaims, neither of which give rise to federal jurisdiction. See 28 U.S.C. § 1331. Based on the foregoing, the Court finds it is without jurisdiction in this matter and the case shall be transferred to the First Judicial District, Kootenai County Idaho. See 28 U.S.C. § 1367(c)(3).

### ORDER

Based on the forgoing and being fully advised in the premises, the Court **DENIES** the motion to dismiss and **GRANTS** the motion to transfer. (Docket No. 17). The Clerk of the Court is directed to transfer the record in this action to the First Judicial District, in and for the County of Kootenai, Idaho. It is further ordered that any hearings scheduled before the undersigned are hereby **VACATED**.

Dated this 21 day of October, 2004.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

ORDER - Page 2
04ORDERS\Wheeler_tran.WPD

dkh

United States District Court
for the
District of Idaho
October 25, 2004

* * CLERK'S CERTIFICATE OF MAILING * *

Re:  2:03-cv-00553

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

Patrick Wheeler
2781 Stone Pines Ct
Coeur d'Alene, ID  83815

Harvey Richman, Esq.    1-208-683-0618
19643 E Perimeter Rd
Athol, ID  83801

Ronald G Morrison, Esq.
MORRISON & ASSOC
1200 W Ironwood Dr, #301
Coeur d'Alene, ID  83814

First Judicial District Court    temp
Kootenai County
PO Box 9000
Coeur d'Alene, ID  83816-9000

*Certified copy of order & docket.*

_____ Chief Judge B. Lynn Winmill
__✓__ Judge Edward J. Lodge
_____ Chief Magistrate Judge Larry M. Boyle
_____ Magistrate Judge Mikel H. Williams

Visiting Judges:
_____ Judge David O. Carter
_____ Judge John C. Coughenour
_____ Judge Thomas S. Zilly

Cameron S. Burke, Clerk

Date: __10-25-04__    BY: _____
                         (Deputy Clerk)